UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-mj-4012-Becerra

UNITED STATES OF AMERICA

v.

LUIS RAUL VINCENTE FONSECA,

    Defendant.
_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014?  _____ Yes  __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *(signature)*
LACEE ELIZABETH MONK
Assistant United States Attorney
Fla. Bar No. 100322
99 Northeast 4th Street
Miami, FL. 33132-2111
Tel: (305) 961-9427
Fax: (305) 536-4699
Lacee.Monk@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

## UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>LUIS RAUL VINCENTE FONSECA,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:19-mj-Becerra<br>)<br>)<br>) |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 11, 2019,__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Pablo Llabre, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **12·13·19**

_____
*Judge's signature*

City and state: __Miami, Florida__    Jacqueline Becerra, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Pablo Llabre, a Special Agent with Homeland Security Investigations ("HSI"), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been a Special Agent ("SA") with HSI since April 2010, and am currently assigned to the Miami field office. In this capacity, I investigate criminal violations related to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251(a) and (e), 2252(a) and 2252A; the coercion and enticement of minors to engage in illegal sexual activity in violation of 18 U.S.C. § 2422(b); and the illegal transportation of minors with the intent to engage in criminal conduct, in violation of 18 U.S.C. § 2423(a).

2. I completed the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training at the Federal Law Enforcement Training Center in 2010. Additionally, I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

## STATUTORY AUTHORITY

3. Title 18, United States Code, Section 2252(a)(4)(B) prohibits a person from knowingly possessing, or knowingly accessing with the intent to view, one or more books, magazines, periodicals, films, video tapes, or other matter which contains any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including

by computer, if (i) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (ii) such visual depiction is of such conduct.

## PURPOSE OF THE AFFIDAVIT

4. This Affidavit is made in support of a criminal complaint, charging Luis Raul Vincente Fonseca ("FONSECA") with violating Title 18, United States Code, Section 2252(a)(4)(B). I respectfully submit that there is probable cause to believe that on or about December 11, 2019, in the Southern District of Florida, FONSECA possessed child pornography on his cellular phone described as a Xiaomi MI 5 cell phone, IMEI Number (Slot 1) 862258030585880 (the "Cellular Phone"), in violation of Title 18, United States Code, Section 2252(a)(4)(B).

5. The statements contained in this Affidavit are based upon my own personal knowledge, as well as information provided by other individuals, including the HSI Miami Cyber Investigations Group and other law enforcement officials, as well as my review of records obtained during the course of this investigation. I have not included in this Affidavit each and every fact and circumstance known to me, but only the facts and circumstances sufficient to establish probable cause for the issuance of a criminal complaint against FONSECA.

## PROBABLE CAUSE

6. On or about October 24, 2019, the City of Miami Police Department received a Cyber Tip report from the National Center for Missing and Exploited Children. The tip advised that on September 9, 2019 and September 25, 2019, a Yahoo, Inc. ("Yahoo") user (the "User") had uploaded a total of 1150 files of suspected child pornography to the User's Yahoo cloud account (the "Yahoo Account"). Yahoo, a web services provider, conducted an investigation, which revealed that, on or about September 9, 2019, the User uploaded suspected child

2

pornography from Aruba on four different occasions, totaling 1149 files of suspected child pornography. Thereafter, on or about September 25, 2019, the User uploaded a single file of suspected child pornography from Miami, Florida. Additionally, Yahoo's investigation revealed that the User had also uploaded a picture of an Italian passport belonging to FONSECA.

7. Further investigation revealed that FONSECA, a Venezuelan citizen, had flown from Miami, Florida to Aruba on or about September 8, 2019, and returned to Miami, Florida from Aruba on or about September 19, 2019. On or about October 2, 2019, FONSECA flew from Miami, Florida to Panama.

8. An investigation regarding the Yahoo Account revealed that IP address 66.229.88.160 (the "IP address") was used to upload the file containing suspected child pornography on or about September 25, 2019, and that Comcast was the service provider for the IP Address. Law enforcement served a subpoena on Comcast for the account holder information associated with the IP Address. Comcast's response revealed the account holder as Raul Fonseca of 1865 Brickell Avenue, Apartment A1812, Miami, FL 33129. Based on information and belief, Raul Fonseca is FONSECA's son.

9. On or about December 11, 2019, FONSECA returned to the United States through Miami International Airport via CM Flight 490 from Tocumen International Airport in Panama. Upon disembarking from the plane, Customs and Border Protection Officers ("CBP") selected FONSECA for a secondary examination. During the secondary inspection, CBP officers discovered that FONSECA had three cellular telephones in his possession, including the Cellular Phone, which was located in FONSECA's luggage.

10. FONSECA thereafter advised that he owned the Cellular Phone and provided HSI agents with the password.

3

11. The following day, on or about December 12, 2019, an HSI Miami forensic agent conducted a preliminary forensic examination of the Cellular Phone pursuant to HSI's border search authority. The search revealed multiple image and video files of suspected child pornography, including the following:

   a. File titled **3RB5nhtDG_PyXLV.mp4**, which contained a video file depicting a naked preteen female with her legs spread and inserting an object into her vagina.

   b. File titled **1st-Studio_Siberian_Mouse (NK_006)b.mp4**, which contained a video file depicting a naked preteen female, with black stockings on, rubbing an object on her vagina.

   c. File titled **8dxPMkBpC5siTHcH.mp4**, which contained a video file depicting a naked preteen female engaging in anal sex with an adult male.

   d. File titled **dphn_cowgirl1.mp4**, which contained a video file of a preteen female engaging in intercourse with an adult male.

   e. File titled **fn-491-777_2094.mp4**, which contained a video file depicting a naked preteen female spreading her legs exposing her vagina.

12. The preliminary forensic examination of the Cellular Phone also revealed multiple images of FONSECA, credit cards and membership cards in his name, and a copy of the biographical page of FONSECA's Italian passport.

*[continued on next page]*

4

## CONCLUSION

13. Based upon my training and experience, and based on the facts detailed above, I respectfully submit that there is probable cause to believe that, on or about December 11, 2019, in the Southern District of Florida, FONSECA did knowingly possess a digital device containing visual depictions of a minor engaging in sexually explicit conduct, such depictions having been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Pablo Llabre
Special Agent
Homeland Security Investigations

Subscribed and sworn before me this December 13, 2019.

Honorable Jacqueline Becerra
United States Magistrate Judge

5